# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JOHNATHAN BARKER,

    Plaintiff,

v.                                          CASE NO.: 8:24-cv-02067

KELLER NORTH AMERICA, INC.,

    Defendant,

_____/

## MEDIATION REPORT

PLAINTIFF, JOHNATHAN BARKER, by and through undersigned counsel, hereby files a report of Mediation conducted on July 14, 2025. The conference resulted in the following:

    <u> X </u>  The parties reached an agreement.
    ___  The parties did not reach an agreement.
    ___  The conference has been adjourned.
    ___  Other

Dated this 25th of July, 2025.

                                                  Respectfully submitted,

                                                  */s/ Gary L. Printy Jr.*
                                                  **GARY L. PRINTY, JR**
                                                  Florida Bar Number. 41956
                                                  **THE PRINTY LAW FIRM**
                                                   5407 N Florida Ave
                                                  Tampa, Florida 33604
                                                  (813) 434-0649 Telephone

        (813) 423-6543  Fax
garyjr@printylawfirm.com
e-service@printylawfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed in the ECF system and thereby served on all appropriate parties on July 25, 2025.

*/s/ Gary L Printy Jr.*
**Gary L. Printy, Jr.**